UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| STANELY D. GRASS,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>PORT OF PEND OREILLE, d/b/a PEND OREILLE VALLEY RAILROAD,<br><br>　　　　Defendant. | No. CV-10-0169-EFS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE, AND CLOSING FILE** |
|---|---|

　　　By Stipulation filed February 10, 2012, the parties agree that the above-titled cause of action can be dismissed with prejudice and without costs or attorneys' fees to either party.  ECF No. 29.  Based on the parties' stipulation, **IT IS HEREBY ORDERED**:

　　　1. The above-titled cause of action is **DISMISSED WITH PREJUDICE** and without fees or costs to either party.

　　　2. All pending motions are **DENIED as moot.**

　　　3. All hearings are **STRICKEN.**

///

///

///

//

//

/

1     4. This file shall be **CLOSED**.

2     **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

    **DATED** this ___13th___ day of February 2012.

                          s/ Edward F. Shea
                            EDWARD F. SHEA
                    UNITED STATES DISTRICT JUDGE

Q:\Civil\2010\0169.settle.close.lc1.frm

ORDER CLOSING FILE - 2